IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01312-ZLW-MJW

ANDREW J.  BOREL,

Plaintiff(s),

v.

TREK BICYCLE CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Enter Attached Protective Order (docket no. 13) is GRANTED. The written Protective Order (docket no. 13-2) is APPROVED as amended in paragraph 6 and made an Order of Court.


Date:   August 28, 2009