IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01312-ZLW-MJW

ANDREW J.  BOREL,

Plaintiff(s),

v.

TREK BICYCLE CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Modify the Scheduling Order, DN 17, filed with the Court on October 16, 2009, is GRANTED.  The parties shall have up to and including December 15, 2009 in which to complete initial expert designations, and up to and including January 14, 2010 in which to complete rebuttal expert designations.

Date:   October 19, 2009