IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01312-ZLW-MJW

ANDREW J. BOREL,

Plaintiff(s),

v.

TREK BICYCLE CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Modify the Scheduling Order to Allow More Time for Discovery, DN 24, filed with the Court on February 17, 2010, is GRANTED. The discovery deadline shall be extended up to and including April 26, 2010, the dispositive motion deadline shall be extended up to and including May 26, 2010, and the Final Pretrial Conference set on May 24, 2010, at 8:30 a.m., is VACATED and RESET on July 27, 2010, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: March 2, 2010