IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01312-ZLW-MJW

ANDREW J. BOREL,

Plaintiff(s),

v.

TREK BICYCLE CORPORATION,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion to Modify the Scheduling Order to Allow for Three More Fact Witness Depositions to Occur After the Discovery Deadline of May 5, 2010 (docket no. 27) is GRANTED as follows. The Discovery deadline is extended to May 5, 2010, for the limited purpose of completing the three fact depositions only.

Date: April 26, 2010