IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01312-ZLW-MJW

ANDREW J. BOREL,

Plaintiff(s),

v.

TREK BICYCLE CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Second Motion for Protective Order (docket no. 45) is GRANTED for those reasons stated in the subject motion. The second Rule 30(b)(6) deposition of Defendant shall take place in Madison, Wisconsin which is the principle place of business for Defendant Trek Bicycle Corporation. The second Rule 30(b)(6) deposition shall be limited in time to seven (7) hours and the subject matter of this second Rule 30(b)(6) deposition shall be limited in scope as outlined in this court's May 26, 2010, minute order (docket no. 42). Each party shall pay their own attorney fees and costs for the second Rule 30(b)(6) deposition.

Date: July 8, 2010