IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01312-ZLW-MJW

ANDREW J. BOREL,

Plaintiff(s),

v.

TREK BICYCLE CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate Date of Final Pretrial Conference (docket no. 55) is DENIED. The argument by the parties that the second Rule 30(b)(6) deposition of Defendant which this court Ordered on July 8, 2010 (docket no. 53) may raise additional issues rings shallow noting that the parties have not specially described, in any level of particularity, what these "additional issues" are that may surface during this second Rule 30(b)(6) deposition. Accordingly, I find no legal or factual basis to continue the Final Pretrial Conference set on July 27, 2010, at 8:30 a.m.

Date: July 21, 2010