**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| Civil Action No.   09-cv-01312-ZLW-MJW | FTR - Courtroom A-502 |
| **Date:**  July 27, 2010 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| ANDREW J. BOREL, <br>        Plaintiff(s), | Gregory A. Gold |
| v. | |
| TREK BICYCLE CORPORATION, <br>        Defendant(s). | Steven M. Hamilton |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in session:** 8:30 a.m.
Court calls case. Appearances of counsel.

Discussion is held regarding the Defendant's Motion to Modify the Scheduling Order.

**It is ORDERED:**    Defendant's MOTION TO MODIFY THE SCHEDULING ORDER [Docket No. **58,** Filed July 26, 2010] is **GRANTED** for reasons as set forth on the record.
The Scheduling Order [Docket No. 9] is amended in that the Dispositive Motion Deadline is extended to and including  **JULY  27,  2010.**
Therefore, Defendant shall have until 11:59 p.m. today
within which to file its Motion for Summary Judgment which was originally filed as an attachment to its Motion to Modify the Scheduling Order.

After a date is scheduled for the 30(b)(6) deposition, Plaintiff shall file his motion for extension of time to respond to defendant's motion for summary judgment.

Review of the proposed Final Pretrial Order is held.  Paragraphs 2, 7, and 16 are deleted in their entirety.

**It is ORDERED**:    The proposed Final  Pretrial Order is approved but not entered at this time.  The parties shall submit a Final  Pretrial Order in its final form for the Court's signature **on or before   AUGUST 03, 2010**, _nun pro tunc_ July 27, 2010.

In the Final Pretrial Order, parties are directed to include with each witness (1) the witness' address and telephone number (2) a short statement as to the nature and purpose of the witness' testimony,
and (3) whether he or she is expected to testify in person or by deposition.

If the parties determine a Settlement Conference would be beneficial, the parties may request by motion that a Settlement Conference be set.

HEARING CONCLUDES.

**Court in recess:** 8:54 a.m.
Total In-Court Time: 00:24

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.