IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-01312-ZLW-MJW

ANDREW J. BOREL,

    Plaintiff,

v.

TREK BICYCLE CORPORATION,

    Defendant.

---

## ORDER OF DISMISSAL

---

    It is ORDERED that the Stipulated Motion For Dismissal With Prejudice (Doc. No. 72; Oct. 29, 2010) is granted and this matter is dismissed with prejudice, the parties to pay their own attorneys' fees and costs.

    DATED at Denver, Colorado, this 1st day of November, 2010.

                      BY THE COURT:

                      _____
                      ZITA LEESON WEINSHIENK, Senior Judge
                      United States District Court